478 A.2d 97

Commonwealth v. Napolitan, Appellant.
Petition for Allowance of Appeal
Denied Oct. 30, 1984.

Argued March 14, 1984. William J. Hall, for appellant; Amil M. Minora, Assistant District Attorney, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.

WIEAND, J., filed a concurring memorandum.